UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:19-CR-75-KAC-DCP-4 |
| ) | |
| CHRISTOPHER MICHAEL WYRICK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) find that the video teleconference plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant the Defendant's motion to withdraw his not guilty plea to Counts One (conspiracy to distribute and possession with the intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)) and Three (conspiracy to conduct and to attempt to conduct a financial transaction affecting interstate commerce and foreign commerce involving the proceeds of an illegal activity with the intent to promote the carrying on of specified unlawful activity, that is conspiracy to distribute five (5) kilograms or more of cocaine, in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(l)(A)(i)) of the Superseding Indictment [Doc. 98] and accept the Defendant's plea of guilty to both counts; (3) adjudicate the Defendant guilty of the offenses in Counts One and Three of the Superseding Indictment and defer a decision

on whether to accept the plea agreement until sentencing; and (4) keep the Defendant in custody until sentencing in this matter [Doc. 376]. Neither party filed an objection to the report and recommendation to date, and the time to file an objection has expired.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [*Id.*] pursuant to 28 U.S.C § 636(b)(1) and **ORDERS** as follows:

(1) The finding that the video teleconference plea hearing in this case could not be further delayed without serious harm to the interests of justice is **ADOPTED**;

(2) The Defendant's motion to withdraw his not guilty plea to Counts One and Three of the Superseding Indictment is **GRANTED**, and his plea of guilty to both counts is **ACCEPTED**;

(3) The Defendant is hereby **ADJUDGED** guilty of the offenses in Counts One and Three of the Superseding Indictment, and a decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The Defendant **SHALL BE KEPT** in custody until sentencing in this matter.

IT IS SO ORDERED.

s/ Katherine A. Crytzer<br>
KATHERINE A. CRYTZER<br>
United States District Judge